Núm. 6272.—Pueblo, apldo. *v.* Diez, aplte.—C. D. Arecibo.— Febrero 16, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, aparece de los autos que el acusado-apelante compareció a juicio y fué juzgado y sentenciado por la Corte Municipal de Arecibo, por el delito de infracción de la sección 1 de la Ley núm. 49 de 7 de agosto de 1935, sin que en ningún momento durante el proceso el acusado hiciera objeción alguna a la validez y suficiencia de la denuncia contra él formulada; y que las objeciones que constituyen la base de este recurso fueron presentadas por primera vez en la vista del caso en apelación ante la corte de distrito, en forma de excepción perentoria a la denuncia, por alegadas irregularidades en el juramento de la misma;

Por cuanto, las objeciones que se dirigen solamente a la forma de las denuncias son inoportunas y tardías cuando no son formuladas antes de la celebración del juicio, según lo ha resuelto este Tribunal Supremo en *El Pueblo* v. *París*, 25 D.P.R. 111; *El Pueblo* v. *Rosaly*, 28 D.P.R. 474; *El Pueblo* v. *De Jesús*, 34 D.P.R. 468; y *Nogueras* v. *Acosta, Juez Municipal*, 49 D.P.R. 856;

Por cuanto, somos de opinión que las objeciones en el presente caso fueron presentadas inoportuna y tardíamente;

Por lo tanto, se desestima el recurso y se confirma la sentencia apelada que dictó la Corte de Distrito de Arecibo en julio 13, 1936.

El Juez Presidente Sr. del Toro no intervino.

Núm. 6281.—Pueblo, apldo. *v.* Gibson, aplte.—C. D. Ponce. Febrero 5, 1937.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

A la moción del fiscal solicitando la desestimación del recurso por falta de alegato, habiéndose archivado el alegato antes de la vista de la moción, la corte, en el ejercicio de su discreción, declara la desestimación sin lugar.

Los Jueces Asociados señores Wolf y Córdova Dávila no intervinieron.